UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA SMITH** <br><br> **V.** <br><br> **SID GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, EAST BATON ROUGE SHERIFF'S OFFICE AND AARON JOHNSON** | **CIVIL ACTION NO.: 3:24-CV-00240-SDD-EWD** <br><br> **JUDGE: JOHN W. deGRAVELLES** <br><br> **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Defendant Sid Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish, appearing solely for the purpose of this motion, who moves to dismiss Plaintiff's claims against him pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process, as set forth in the accompanying Memorandum in Support of Motion to Dismiss.

**WHEREFORE,** Defendant Sid Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish, prays that after all due proceedings be had, this Motion to Dismiss be granted, and Plaintiff's claims against him be dismissed.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/Tara L. Johnston*
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
tjohnston@erlingsonbanks.com
*Counsel for Defendant Sid Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2026, a true and correct copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

Baton Rouge, Louisiana, this 3rd day of February, 2026.

> *s/Tara L. Johnston*
> Tara L. Johnston