UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA SMITH<br><br>V.<br><br>SID GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, EAST BATON ROUGE SHERIFF'S OFFICE AND AARON JOHNSON | CIVIL ACTION NO.: 3:24-CV-00240-SDD-EWD<br><br>JUDGE: JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE: ERIN WILDER-DOOMES |

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss is **GRANTED**, and Plaintiff's claims against Defendant Sid Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish, are dismissed.

Thus, done and signed this _____ day of _____, 2026, in Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA